UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 11-01178 AG (RNBx)** | Date | August 19, 2011 |
|---|---|---|---|
| Title | ADAM LOUIS GUEVARA v. CEDAR FAIR, L.P., ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

**Proceedings:**    **[IN CHAMBERS] ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION**

On August 8, 2011, Defendant Cedar Fair, L.P., ("Defendant") filed a Notice of Removal with this Court based on diversity jurisdiction. *See* 28 U.S.C. §§ 1332, 1441. In the Notice of Removal, Defendant alleges that it is a limited partnership, but does not allege the citizenship of its partners and members. For diversity jurisdiction to be proper, none of Defendant's partners or members, including limited partners, can be a citizen of California, Plaintiff's state of citizenship. *See CT Carden v. Arkoma Assocs.*, 494 U.S. 185, 195 (1990).

Accordingly, the Court orders Defendant to show cause in writing within 14 days of the date of this order why this action should not be remanded. Plaintiff may submit a response in the same time period. A proper amended Notice of Removal will be deemed a sufficient response to this order to show cause.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 11-01178 AG (RNBx)** | Date | August 19, 2011 |
|---|---|---|---|
| Title | ADAM LOUIS GUEVARA v. CEDAR FAIR, L.P., ET AL. | | |

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |