JEFFREY M. LENKOV, ESQ. (SBN 156478)
jml@mmker.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile:  (213) 624-6999

JS - 6

Attorneys for Defendant
Defendant Cedar Fair L.P.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ADAM LOUIS GUEVARA, an individual,

               Plaintiff,

vs.

CEDAR FAIR, L.P., an Ohio Limited Partnership; INTAMIN, LIMITED, a Maryland Corporation; and and DOES 1 to 50,

               Defendants.

_____

**Civil Action No.: SACV11-01178 AG (RNBx)**

**REMAND ORDER**

     Pursuant to the Stipulation of the parties that diversity does not exist in this matter, the case is ORDERED remanded to the Superior Court of California, County of Orange, Case No. 30-2011-00492598.

August 24, 2011

_____
Hon. Andrew J. Guilford
United States District Judge

-1-

C:\Temp\notesFFF692\REMAND ORDER.wpd